UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

        Plaintiff,            :            CRIMINAL NO. 3:13CR 74 (MPS)

    - v. -            :

THE ROYAL BANK OF SCOTLAND plc,            :

        Defendant.            :

- - - - - - - - - - - - - - - - - - x

April 12, 2013

## ORDER

Having previously considered the United States' request for an order authorizing compliance with the Crime Victims' Rights Act using reasonable alternative measures, on March 12, 2013, the Court found that: (1) there is a large number of potential victims throughout the world, many of whom likely do not reside in the United States, and for whom the United States has no readily available contact information; (2) it is impracticable to accord all of the potential victims the specific individualized notice and other rights described in Title 18, United States Code, Section 3771(a); and (3) the "multiple crime victims" provision of Section 3771(d)(2) applies to this case. In addition, the Court approved the notification procedures outlined in the Government's letters of February 26, 2013 and March 12, 2013, after finding that the procedures described therein regarding victim notification and

victim rights, including the right to confer, were reasonable and would give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter. The Court subsequently approved a modification to the notification plan, such that the notification procedures that were approved, ordered, and implemented, were as follows:

(1) The United States shall publish a newspaper advertisement concerning this case in the Wall Street Journal Global edition, the Financial Times Worldwide, Tages Anzeiger (translated into German), and Le Temps (translated into French), and shall place advertising in the online edition of the Asahi Shimbun (translated into Japanese), that provides notice of the hearing for the filing of the deferred prosecution agreement ("DPA"), and provides notice that there may be further court hearings; and

(2) The United States will post information about the DPA on a separate web page at the Department of Justice's victim notification website, and will also provide the following information:

    a.    The caption, case number, and assigned judge for the case;

    b.    the time and location of the hearing for the entry of the DPA; and

c. the name and contact information for a Department of Justice official with responsibility for addressing victims' rights and receiving comments from victims.

(3) The United States will update its website to reflect subsequent public proceedings scheduled in this case within a reasonable period of time from the scheduling of those proceedings; and

(4) The Department of Justice victim website in this case will specify that any victim who wishes to be heard at the hearing for the filing of the DPA and subsequent proceedings shall provide notice via the phone number or email address listed on the Department of Justice website within 5 business days in advance of the proceeding. Potential victims desiring to submit a written statement concerning an upcoming proceeding shall also submit the statement by the notice date. For those potential victims requesting a right to be heard at the proceeding, the Court will rule at a later date on whether, and the manner in which, victims may be heard at the proceeding.

Dated: April 11, 2013

Michael P. Shea, U.S.D.J
Michael P. Shea
United States District Judge